# Court of Appeals
# of the State of Georgia

ATLANTA,___April 21, 2016_____

*The Court of Appeals hereby passes the following order:*

## A16D0324. BREKA TINCH v. EMANUEL LEE BALAMS et al.

Breka Tinch, who is proceeding pro se, has filed an application for discretionary review of an order entered by the Fulton County magistrate court. However, "[t]he only avenue of appeal available from [a] magistrate court judgment is provided by OCGA § 15-10-41 (b) (1), which allows for a de novo appeal to the state or superior court." *Handler v. Hulsey*, 199 Ga. App. 751 (406 SE2d 225) (1991). This Court may only address magistrate court matters that already have been reviewed by the state or superior court. See id.; *Westwind Corp. v. Washington Federal Savings & Loan Assn.*, 195 Ga. App. 411 (1) (393 SE2d 479) (1990).

The Georgia Constitution requires that "[a]ny court shall transfer to the appropriate court in the state any civil case in which it determines that jurisdiction or venue lies elsewhere." See Ga. Const. of 1983, Art. VI, Sec. I, Par. VIII; *Bosma v. Gunter*, 258 Ga. 664 (373 SE2d 368) (1988). Accordingly, this application is hereby TRANSFERRED to the State Court of Fulton County.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,___04/21/2016_____*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*